No. 83–1920. WINDSOR v. THE TENNESSEAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–1921. TRANE CO. ET AL. v. BALDRIGE, SECRETARY OF COMMERCE, ET AL.; and

No. 83–1957. BRIGGS & STRATTON CORP. ET AL. v. BALDRIGE, SECRETARY OF COMMERCE, ET AL. C. A. 7th Cir. Certiorari denied. Reported below: 728 F. 2d 915.

No. 83–1922. MENOMINEE TRIBE OF INDIANS ET AL. v. UNITED STATES (two cases). C. A. Fed. Cir. Certiorari denied.

No. 83–1926. JAMES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1927. EVANS ET AL. v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 83–1929. SMITH ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1930. PASARELL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 83–1932. E. R. SQUIBB & SONS, INC. v. COLLINS, AKA GASTROW, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 83–1933. SUTHERLAND v. STATE BAR OF TEXAS. Ct. App. Tex., 8th Sup. Jud. Dist. Certiorari denied.

No. 83–1934. RIDDICK v. CRAIG ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1936. AMERICAN INVESTMENT PROPERTIES, INC., ET AL. v. VAREKA INVESTMENTS, N. V. C. A. 11th Cir. Certiorari denied.

No. 83–1937. ARNOLD v. BURGER KING CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–1939. PROFESSIONAL POSITIONERS, INC., ET AL. v. T. P. LABORATORIES, INC. C. A. Fed. Cir. Certiorari denied.